1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
10              AT SEATTLE

11  FREDERICK R. RICTHIE, an individual,
                                              No. C04-1753L
12                          Plaintiff,
             v.                               ORDER TO SHOW CAUSE
13
14  FEDERAL EXPRESS CORPORATION, a
    Delaware corporation,
15
                            Defendant.
16

17          This matter comes before the Court *sua sponte*.  On October 25, 2005, plaintiff

18  Federal R. Ritchie filed a memorandum with related documents that, taken as a whole, exceed

19  50 pages in length (Dkt. # 66–69).  As of this date, a courtesy copy of these documents has not

20  been provided for chambers.

21          Plaintiff is hereby ORDERED to show cause why it should not be sanctioned for

22  failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report,

23  and Early Settlement" (Dkt. # 16) and the "Minute Order Setting Trial & Related Dates" (Dkt. #

24  26).  Plaintiff shall immediately deliver a paper copy of the documents filed on October 25,

25  2005, with tabs or other organizing aids as necessary and clearly marked with the words

26

ORDER TO SHOW CAUSE

"Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.  Plaintiff shall

respond to this order to show cause no later than five days from the date of this Order.


DATED this 31st day of October, 2005.


Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                    -2-