UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE, an individual,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,

Defendant.

No. C04-1753L

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 25, 2005, plaintiff Federick R. Ritchie filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 66–69). On October 31, 2005, this Court issued an order to show cause why Ritchie should not be sanction for failing to file a courtesy copy pursuant to this Court's rules (Dkt. # 70). That order is now VACATED in light of the receipt of the courtesy copy.

DATED this 1st day of November, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE