UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK R. RITCHIE, an individual,<br><br>                     Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>                     Defendant. | No. C04-1753L<br><br>ORDER ON MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on plaintiff's "Motion for Protective Order" (Dkt. # 53). The motion is DENIED. The parties are to continue with discovery as directed in this Court's recent "Order on CR 37 Joint Submission".

DATED this 10th day of November, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER ON MOTION FOR
PROTECTIVE ORDER