UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE, an individual,

                Plaintiff,

    v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,

                Defendant.

No. C04-1753L

ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION

      This matter comes before the Court on "Defendant's Motion to Strike Plaintiff's Motion for a Protective Order and to Compel his Deposition and for Sanctions, Costs and Fees" (Dkt. # 55). Plaintiff's "Motion for Protective Order" (Dkt. # 53) has been denied. This motion is therefore DENIED AS MOOT.

      DATED this 10th day of November, 2005.

                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge