UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE, an individual,

　　　　　　　　　　Plaintiff,

　　v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,

　　　　　　　　　　Defendant.

No. C04-1753L

ORDER ON SUPPLEMENTAL CR 37 SUBMISSION

　　This matter comes before the Court on the "Supplemental CR 37 Submission" of plaintiff Frederick Ritchie and defendant Federal Express Corporation ("FedEx") (Dkt. # 76). This Court previously ruled that "Ritchie has shown the relevance of the information requested in RFP No. 2." Order Denying Motion for Protective Order (Dkt. # 52) at 5. This previous determination was without qualification, and the Court will not now entertain a request for a limitation. Ritchie's request for attorney's fees is denied.

　　DATED this 30th day of November, 2005.

　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge