UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK R. RITCHIE, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation<br><br>    Defendant. | Case No.  C04-1753RSL<br><br>ORDER AMENDING TRIAL & RELATED DATES |

This matter comes before the Court on defendant's "Motion to Amend Order Setting Trial and Related Dates." (Dkt. # 100). The Court has reviewed and considered both defendant's motion and plaintiff's response.

FOR GOOD CAUSE SHOWN, the Court's May 16, 2006 Amended Order Setting Trial Date is vacated. It is hereby ORDERED that the trial date in this matter is moved to March 5, 2007, and that related dates, including the discovery cut off date, are changed pursuant to CR 16(n)(2). It is further ORDERED that the deposition of Mr. Jon Sutton must be completed no later than December 31, 2006.

ORDER AMENDING TRIAL & RELATED
DATES

DATED this 21st day of September, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER AMENDING TRIAL & RELATED DATES

-2-