1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE, an individual,

        Plaintiff,

    v.

FEDERAL EXPRESS CORPORATION, a
Delaware corporation

        Defendant.

Case No.  C04-1753RSL

ORDER AMENDING TRIAL &
RELATED DATES

This matter comes before the Court on defendant's "Motion to Amend Order Setting Trial and Related Dates."  (Dkt. # 109).  The Court has reviewed and considered both defendant's motion and plaintiff's response.

FOR GOOD CAUSE SHOWN, the Court's September 21, 2006 Amended Order Setting Trial Date is vacated (Dkt. #103).  Because the Court starts a three month criminal trial on February 26, 2007, the earliest possible trial date is in June.  It is hereby ORDERED that the trial date in this matter is moved to June 4, 2007.  It is further ORDERED that defendant promptly notify plaintiff of any updates regarding Mr. Sutton's condition.

DATED this 23rd day of January, 2007.

Robert S. Lasnik
United States District Judge