UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK R. RITCHIE,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. C04-1753RSL<br><br>ORDER DENYING MOTION TO BE EXCUSED FROM MEDIATION REQUIREMENT |

This matter comes before the Court on defendant's "Motion to be Excused from the Mediation Requirement Under Rule L.R. 39.1(c)" (Dkt #126). After defendant filed its motion, the Court issued an order amending the mediation deadline (Dkt. #128). Under the new schedule, mediation must be held no later than May 5, 2007. Given the new mediation deadline and the fact that the Court is currently considering motions for summary judgment, defendant's request to be excused from the mediation requirement is DENIED at this time. Defendant is free to renew its request at a date closer to the new deadline if it believes such a request is necessary.

DATED this 8th day of February, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO BE
EXCUSED FROM MEDIATION REQUIREMENT -1