UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE,

          Plaintiff,

    v.

FEDERAL EXPRESS CORP.,

          Defendant.

Case No.  C04-1753L

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

     This matter comes before the Court on plaintiff's "Motion for Reconsideration of his Wrongful Termination for Breach of Handbook Promises Claim" (Dkt. #139).  Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence."  Local Civil Rule 7(h)(1).  Instead of advancing new facts or legal authority, plaintiff's motion for reconsideration consists primarily of a restatement of the arguments contained in his motion for summary judgment and response to defendant's motion for summary judgment.  These arguments were considered and rejected by the Court in its April 16, 2007 Order.  See Dkt. #137.

     Plaintiff also argues that the Court, in its April 16, 2007 Order, "acknowledged that Mr. Ritchie presented extensive evidence of falsified complaints, falsified evidence, false statements, intentional misrepresentations, unsubstantiated rumors and unsubstantiated evidence" in the

course of defendant's investigation and that this finding reveals manifest error in the Court's April 16, 2007 Order.  Motion at p. 2.[1]  Plaintiff misrepresents and misquotes the Court's Order.  Rather than finding that plaintiff put forward "extensive evidence" that dishonest and unfounded conclusions formed the basis of defendant's investigation, the Court actually made the following finding:

> Though Ritchie makes *extensive reference* to falsified complaints, falsified evidence, false statements, intentional misrepresentations, unsubstantiated rumors and unsubstantiated evidence, *remarkably, he does not challenge in any substantive way the three allegations that formed the basis of Federal Express' decision to terminate his employment.*

Order at p. 12 (emphasis added).  Though the Court acknowledged that plaintiff made a number of assertions relating to the integrity of defendant's investigation, the Court did not find that the plaintiff put forward any evidence to support such allegations.  As the Court noted in the portion of the April 16, 2007 Order quoted above, plaintiff has never challenged in any substantive way the accuracy of the findings of the investigation that he now seeks to discredit.  Because plaintiff has failed to either demonstrate manifest error or put forward new facts or legal authority, his motion for reconsideration is denied.

DATED this 30th day of May, 2007.

Robert S. Lasnik
United States District Judge

---

[1]At one point, plaintiff goes so far as to quote the Court as finding that plaintiff presented "extensive evidence" of such irregularities.  Id. at p. 4.  The Court never made such a finding.

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION- 2