UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK R. RITCHIE, an individual,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,

Defendant.

Case No. C04-1753RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF FREDERICK R. RITCHIE , and on behalf of DEFENDANT FEDERAL EXPRESS CORPORATION in the amount of $7,013.28 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. EXPERT FEES | $6,448.40 | $6,448.40 | 0 |

Expert fees are not taxable costs.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. DEPOSITION COSTS | $8,444.66 | $1,536.46 | $6,908.20 |

Clerk allowed costs incurred for depositions actually used in support of or in opposition to the motion for summary judgment. Total cost, with exception of video deposition, was allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $646.57 | $541.49 | $105.08 |

Costs for copying of discovery materials were not allowed.

Prevailing party is entitled to costs. Clerk ruled on amended motion for costs submitted by Defendant.

Dated this ___11th___ day of JUNE, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2